IN THE SUPREME COURT OF TEXAS

 No. 05-0086

 IN RE LIVING CENTERS OF TEXAS, InC./PASADENA CARE CENTER

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed February 3, 2005, is
granted. The order dated January 20, 2005, in Cause No. 2003-9558, styled
Joe Zepeda and Sarah Zepeda, as Heirs to Law and Representatives of the
Estate of Nazaria Chavez, deceased v. Pasadena Care Center, in its Assumed
or Common Name; Raber Corporation; et al., in the 333rd District Court of
Harris County, Texas, is stayed.
The stay remains in full force and effect until the Court receives notice
of the Fourteenth Court of Appeals' disposition of the petition for writ of
mandamus in the matter now pending in that court.

 Done at the City of Austin, this February 7, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk